AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

LINCOLN MEMORIAL ACADEMY;
MR. EDDIE HUNDLEY; DR. MELVIA SCOTT;
MS. JAUANA PHILLIPS; MS. KATRINA ROSS; and
ANGELLA ENRISMA.

*Plaintiff(s)*

v.

Civil Action No. 8:20-CV-309

STATE OF FLORIDA, DEPARTMENT OF EDUCATION
(DOE);
SCHOOL DISTRICT OF MANATEE COUNTY; AND
THE CITY OF PALMETTO

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commissioner, Florida Department of Education (State of Florida)
ATTN: Richard Cocoran, Commissioner
Turlington Building, Suite 1514
325 West Gaines Street
Tallahassee, Florida 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  C/o The Methodist Law Centre
ATTN: Roderick O. Ford
Executive Director
PMJA Legal Defense Fund, Inc.
400 N. Ashley Drive, # 1900
Tampa, FL. 32602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Alejandro Castillo*

Date: Mar 09, 2020

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

LINCOLN MEMORIAL ACADEMY;
MR. EDDIE HUNDLEY; DR. MELVIA SCOTT;
MS. JAUANA PHILLIPS; MS. KATRINA ROSS; and
ANGELLA ENRISMA.

*Plaintiff(s)*

v.

Civil Action No. 8:20-CV-309

STATE OF FLORIDA, DEPARTMENT OF EDUCATION (DOE);
SCHOOL DISTRICT OF MANATEE COUNTY; AND
THE CITY OF PALMETTO

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Superintendent, School District of Manatee County
ATTN: Cynthia Saunders, Superintendent
215 Manatee Ave. W.
Bradenton, FL. 34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/o The Methodist Law Centre
ATTN: Roderick O. Ford
Executive Director
PMJA Legal Defense Fund, Inc.
400 N. Ashley Drive, # 1900
Tampa, FL. 32602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Alejandro Castillo*

Date: Mar 09, 2020

Signature of Clerk or Deputy Clerk

[Stamp: RECEIVED 2020 MAR -9 PM 2:25 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LINCOLN MEMORIAL ACADEMY;<br>MR. EDDIE HUNDLEY; DR. MELVIA SCOTT;<br>MS. JAUANA PHILLIPS; MS. KATRINA ROSS; and<br>ANGELLA ENRISMA.<br><br>*Plaintiff(s)*<br>v.<br><br>STATE OF FLORIDA, DEPARTMENT OF EDUCATION (DOE);<br>SCHOOL DISTRICT OF MANATEE COUNTY; AND<br>THE CITY OF PALMETTO<br><br>*Defendant(s)* | Civil Action No. 8:20-CV-309 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mayor, City of Palmetto
ATTN: Shirley Groover Bryant
The City of Palmetto
516 8th Ave. W.
Palmetto, Florida 33221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C/o The Methodist Law Centre
ATTN: Roderick O. Ford
Executive Director
PMJA Legal Defense Fund, Inc.
400 N. Ashley Drive, # 1900
Tampa, FL. 32602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Alejandro Castillo*

Date: Mar 09, 2020

*Signature of Clerk or Deputy Clerk*