UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCOLN MEMORIAL ACADEMY;
EDDIE HUNDLEY; MELVIA SCOTT;
JAUANA PHILLIPS; KATRINA ROSS;
and ANGELLA ENRISMA,

    Plaintiffs,

v.                                            Case No.: 8:20-cv-309-T-36AAS

STATE OF FLORIDA, DEPARTMENT
OF EDUCATION; SCHOOL BOARD
OF MANATEE COUNTY, FLORIDA;
and THE CITY OF PALMETTO,

    Defendants.
_____/

## ORDER

The School Board of Manatee County, Florida (School Board) moves for an order compelling Lincoln Memorial Academy, Eddie Hundley, Melvia Scott, Jauana Phillips, Katrina Ross, and Angella Enrisma (collectively, the plaintiffs) to produce discovery responses. (Doc. 31). School Board also requests an award of attorney's fees in relation to the motion. (*Id.*). In response, the plaintiffs request this action be converted to a track three case because additional time is needed to provide discovery responses. (Doc. 32). The plaintiffs also request a discovery conference. (*Id.*).

On June 10, 2020, School Board served the plaintiffs with requests for production and interrogatories. On July 16, 2020, the School Board served Mr. Hundley and Ms. Enrisma with requests for admissions. The School Board indicates

1

the plaintiffs have not responded. (Doc. 31, p. 2). The individual plaintiffs indicate that they have responded to all discovery except Ms. Angela Enrisma "**has not** yet responded" to the School Board's interrogatories. (Doc. 32, pp. 4–6) (emphasis in original).

If the plaintiffs request that this action be converted to a track three case, they must file a motion in compliance with applicable local and procedural rules.

The plaintiffs' remaining discovery responses and documents are due by **September 23, 2020**. After that deadline, the court will hold a discovery videoconference to address any remaining discovery disputes related to the School Board's motion to compel, including the School Board's request for attorney's fees. The undersigned's chambers will contact the parties with available dates and times.

Accordingly, School Board's motion to compel (Doc. 31) is **GRANTED in part** as stated in this order.

**ORDERED** in Tampa, Florida on September 8, 2020.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge