UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCOLN MEMORIAL ACADEMY,
EDDIE HUNDLEY, MELVIA SCOTT,
KATRINA ROSS and JAUANA
PHILLIPS,

    Plaintiffs,

v.                                                         Case No: 8:20-cv-309-CEH-AAS

SCHOOL DISTRICT OF MANATEE
COUNTY, FLORIDA, CITY OF
PALMETTO, FLORIDA and STATE
OF FLORIDA, DEPARTMENT OF
EDUCATION,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone (Doc. 238). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Plaintiffs' motion for preliminary injunction (Doc. 178) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 238) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiffs' Motion for Preliminary Injunction (Doc. 178) is DENIED.

**DONE AND ORDERED** at Tampa, Florida on January 5, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record